IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA H. KHAN,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>CITIMORTGAGE, INC., et al.,<br><br>　　　　　　　Defendant.<br>_____/ | CASE NO. CV F 12-2056 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 10.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1.　DISMISSES without prejudice this entire action and all claims;

2.　VACATES all pending matters and dates, including the March 11, 2013 hearing on CR Title's motion to dismiss and the March 21, 2013 scheduling conference; and

3.　DIRECTS the clerk to close this action. This Court will take no further action on CR Title's motion to dismiss.

IT IS SO ORDERED.

Dated:　February 7, 2013　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1